FILED
CLERK, U.S. DISTRICT COURT

APR 10 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>Miguel Angel Sanchez<br><br>                    Defendant. | Case No.: S: 14 CR 3-368<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

          The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the ___Central___

District of ___California___ for alleged violation(s) of the terms and

conditions of probation or supervised release; and

          Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.     (✓)     The defendant has not met his/her burden of establishing by clear and

               convincing evidence that he/she is not likely to flee if released under

               18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

               - Unknown Background

               - Unknown Community Ties

               - Submission to Detention

1

1    and/or

2    B.    ( )    The defendant has not met his/her burden of establishing by clear and

3                convincing evidence that he/she is not likely to pose a danger to the

4                safety of any other person or the community if released under 18

5                U.S.C. § 3142(b) or (c).  This finding is based on the following:

6                _____

7                _____

8                _____

9                _____

10

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

14

15   Dated:  4/10/14

16                                          HONORABLE DAVID T. BRISTOW
                                            United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27
                                        2
28